COASTWISE LUMBER & SUPPLY COMPANY, INC., Respondent, v. J. HERBERT BATE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELI H. BERNHEIM, Respondent, v. HILMON REALTY CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CAROLINE M. ROBINSON, Appellant, v. KATHARINE T. MARTIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of SARAH LEVERETT HAYDEN, as Executrix of, and Trustee, and Others, as Substituted Trustees, etc., of PETER HAYDEN, Deceased.— Decree affirmed, with costs to all parties appearing by separate counsel and filing briefs payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Finch, JJ.

MARGARET MULLIGAN, Respondent, v. SIEGFRIED LASKAU and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JAMES H. KIDDER and Others, Appellants, v. RAPHAEL R. GOVIN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

GENEROSO PETECCA and Another, as Administrators, etc., of MICHAEL PETECCA, Deceased, Respondents, v. THE BRONX GAS AND ELECTRIC COMPANY, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Clarke, P. J., dissenting.

L. BACHMAN & CO., INC., Respondent, v. WALTER WEISS and Another, Individually and as Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

LOUIS K. UNGRICH, Appellant, v. ROSINA RENNERT IRVING and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

WARREN McCONIHE, Respondent, v. VIRGINIA FOSTER DE SORZANO JORRIN and Another, Appellants. (Action No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

WARREN McCONIHE, Respondent, v. VIRGINIA FOSTER DE SORZANO JORRIN, Appellant. (Action No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

ALICE RYAN, as Administratrix, etc., of JOHN J. RYAN, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

DYER PEARL and Others, Respondents, v. LOUIS LIPSKIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.